# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of ) 
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  17-MJ-7210-JCB
EMAIL ACCOUNT )
SEXYMAMIPLEASER@HOTMAIL.COM AND )
ASSOCIATED DATA )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

EMAIL ACCOUNT SEXIMAMIPLEASER@HOTMAIL.COM AND ASSOCIATED DATA, AS DESCRIBED IN ATTACHMENT A

located in the __Western__ District of __Washington__, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591, 1594, 2421, 2422, 1512 | Sex Trafficking by Force, Fraud, or Coercion; Conspiracy; Transportation for Purposes of Prostitution; Witness Tampering |

The application is based on these facts:

- ☑ Continued on the attached sheet.
- ☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Stacy Fleischmann, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  09/01/2017

*Judge's signature*

City and state:  Boston, MA

U.S. Magistrate Judge Jennifer C. Boal
*Printed name and title*