# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE SEARCH OF:<br><br>(1) YAHOO EMAIL ACCOUNTS NOSPEAKIEPANI@YAHOO.COM, DESIRROCK@YAHOO.COM, AND ASSOCIATED DATA;<br><br>(2) HOTMAIL EMAIL ACCOUNT SEXYMAMIPLEASER@HOTMAIL.COM, AND ASSOCIATED DATA; AND<br><br>(3) THE R. RICKY XAVIER FACEBOOK ACCOUNT, THE KING TUNEZ FACEBOOK ACCOUNT, AND ASSOCIATED DATA | No. 17-MJ-7209-JCB;<br>    17-MJ-7210-JCB; and<br>    17-MJ-7211-JCB<br><br><br>**FILED UNDER SEAL** |

## AFFIDAVIT OF SPECIAL AGENT STACY FLEISCHMANN IN SUPPORT OF APPLICATIONS FOR SEARCH WARRANTS

I, Stacy Fleischmann, being duly sworn, depose and state as follows:

## INTRODUCTION

1.     I am a Special Agent with United States Immigration and Customs Enforcement Homeland Security Investigations ("HSI"), and have been so employed since 2009.  I am currently assigned to the Office of the Special Agent in Charge, Boston, Massachusetts.  I am authorized to investigate crimes involving violations of Title 18, Title 8, and Title 19 of the United States Code ("U.S.C.").  I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent.  I have received certification in the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program.  I have also received training relating to the

trafficking of persons, including sex trafficking, and other offenses.

2.      Based on my training and experience, I know that individuals are trafficked for several purposes.  Some of these purposes are subjection into involuntary servitude, peonage, debt bondage and slavery.  Human trafficking is often accomplished through the use of fraud, force and coercion.  I am familiar with the federal and state laws which make it a violation to engage in human trafficking, such as 18 U.S.C. §§ 1581 through 1595 (Peonage, Slavery and Trafficking in Persons), 18 U.S.C. §§ 2421 through 2428 (Transportation for Illegal Sexual Activity and Related Crimes) and Massachusetts General Laws Chapter 272 related to the Prostitution industry.

3.      I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses.  Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies.  I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Massachusetts, nationally, and abroad.

4.      I am currently investigating Reginald ABRAHAM, a/k/a "King," a/k/a "X," a/k/a "Ricky" ("ABRAHAM") for Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. § 1591, Conspiracy, in violation of 18 U.S.C. § 1594, Transportation for the Purposes of Prostitution, in violation of 18 U.S.C. §§ 2421 and 2422, and Witness Tampering, in violation of 18 U.S.C. § 1512.

## PURPOSE OF AFFIDAVIT

5.      This affidavit is submitted in support of applications for search warrants, pursuant

to 18 U.S.C. § 2703(a) and Rule 41 of the Federal Rules of Criminal Procedure, to search and seize (i) the Yahoo email accounts identified as nospeakiepani@yahoo.com and desirrock@yahoo.com, other user-generated data associated with the accounts, and associated subscriber, transactional, and user connection information associated with the accounts (the "Yahoo Email Accounts"); and (ii) the Hotmail email account identified as sexymamipleaser@hotmail.com, other user-generated data associated with the account, and associated subscriber, transactional, and user connection information associated with the account (the "Hotmail Email Account").

6.      Additionally, this affidavit is submitted in support of an application for a search warrant, pursuant to 18 U.S.C. § 2703(a) and Rule 41 of the Federal Rules of Criminal Procedure, to search and seize the Facebook accounts identified as (i) www.facebook.com/kingrick9 (the "R. Ricky Xavier Facebook Account"); and (ii) www.facebook.com/jtuneznow (the "King Tunez Facebook Account") (collectively, the "Facebook Accounts"), for the period of March 1, 2017, through the present date.  On February 28, 2017, the Honorable Jennifer C. Boal, United States Magistrate Judge, District of Massachusetts, issued an order authorizing a search warrant for the Facebook Accounts.  On March 13, 2017, Facebook produced responsive records for the period of January 1, 2014, through January 28, 2017.

7.      The Yahoo Email Accounts, as described in Yahoo Attachment A, are maintained by the Yahoo Holdings, Inc. Custodian of Records, which government databases indicate accepts service process at 701 First Avenue, Sunnyvale, California 94089.

8.      The Hotmail Email Account, as described in Hotmail Attachment A, is maintained by Microsoft Corporation, which government databases indicate accepts service

3

process at 1 Microsoft Way, Redmond, Washington 98052, and at uslereq@microsoft.com.

9.      The Facebook Accounts, as described in Facebook Attachment A, are maintained by Facebook, Inc., which government databases indicate accepts service of process at 1601 Willow Avenue, Menlo Park, California 94025, and via its law enforcement portal at www.facebook.com/records.

10.     There is probable cause to believe that the nospeakiepani@yahoo.com, desirrock@yahoo.com, and sexymamipleaser@hotmail.com email accounts (collectively, the "Email Accounts") contain evidence, fruits, and instrumentalities of the sex trafficking by force, fraud, or coercion.  There is also probable cause to believe that the contents and other data associated with the Facebook Accounts for the period of March 1, 2017, through the present date, will contain fruits, evidence, and the instrumentalities of sex trafficking by force, fraud, or coercion.

11.     The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other law enforcement officials and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

### *BACKGROUND OF THE INVESTIGATION*

12.      I have been investigating Reginald ABRAHAM for sex trafficking since October 2015.  I have obtained information from various sources that ABRAHAM persuades, induces, entices, and coerces individuals to travel in interstate commerce to engage in prostitution, and that he uses force and threats of force to do so.

13.     In January 2017, I interviewed a female (hereinafter, "Victim A"), who was

4

initially identified by law enforcement officials as a victim in another human trafficking

investigation involving a pimp named Kwamaine Wells.[1]   Victim A told law enforcement

officials that in approximately 2014 she and another female (hereinafter, "Female 1") were

working as prostitutes for Hendricks Berdet a/k/a "Capo",[2] a well-known pimp in the Boston

area.  Victim A and Female 1 were both addicted to heroin and worked as prostitutes for Berdet

in exchange for heroin.  Female 1 introduced Victim A to ABRAHAM, and Victim A became

friends with ABRAHAM on Facebook.  Victim A told law enforcement officials that

ABRAHAM attempted to recruit her to work as a prostitute for him in their communications

over Facebook.  Victim A reported that ABRAHAM uses the name "R. Ricky Xavier" on

Facebook.  Victim A's Facebook account reflects that Victim A is Facebook friends with R.

Ricky Xavier.

      14.     Victim A told law enforcement officials that ABRAHAM used his laptop or

smartphone to post prostitution advertisements for her and the other females who worked for him

on Backpage.com (hereinafter, "Backpage").  Victim A reported that ABRAHAM used a

distinctive writing style, often used the same pictures, and posted advertisements using an email

that contained the words "sexi mami."  ABRAHAM posted advertisements for Victim A using

the names "Dani" or "Ashlee."

      15.     Victim A reported that ABRAHAM has several guns in his home and threatened

to kill her if she ever left him.  On one occasion, Victim A tried to leave ABRAHAM and told

me when she was caught attempting to leave him, he "beat the shit" out of her and pistol

---

[1] On September 1, 2016, in the United States District Court for the District of Massachusetts, Wells pleaded guilty to four counts of Transporting an Individual for the Purpose of Prostitution, in violation of 18 U.S.C. § 2421, and one count of Conspiracy to Transport an Individual for Prostitution, in violation of 18 U.S.C. § 371.  On December 1, 2016, pursuant to a plea agreement, United States District Judge Denise J. Casper sentenced Wells to 135 months' imprisonment.

[2] On February 14, 2017, Berdet was arrested and charged with sex trafficking offenses in Massachusetts state court.

whipped her on the back of her head with one of his guns.

16.     In October 2016, law enforcement officials interviewed another female (hereinafter, "Victim B") who worked as a prostitute for ABRAHAM.  Victim B reported to law enforcement officials that a few months' prior, an individual she knew as "King" picked her up in Maine and brought her to New York and New Jersey, where he prostituted her.  Victim B worked for ABRAHAM as a prostitute until her mother drove down to find her, took her out of a hotel room, and brought her back to Maine.  Victim B told law enforcement officials that more recently – a few weeks prior to the interview – ABRAHAM again picked her up in Maine and brought her to Massachusetts.  Once in Massachusetts, ABRAHAM took Victim B to a hotel to work as a prostitute.  Victim B reported that ABRAHAM had several other females working for him as prostitutes in Dracut, Massachusetts, where he lives.  Victim B provided law enforcement officials with screen shots her communications with ABRAHAM over the R. Ricky Xavier Facebook Account and the King Tunez Facebook Account.

17.     In April 2017, law enforcement officials interview a third female (hereinafter, "Victim C"), who reported that ABRAHAM prostituted her for approximately one month in or around May/June 2015.  Victim C told law enforcement officials that Victim A also worked for ABRAHAM as a prostitute.  Victim C reported that ABRAHAM created and posted prostitution advertisements online using his laptop.  Victim C stated that ABRAHAM had a quota of $1,000 that she and Victim A had to make from prostitution each day.  Victim C stated that ABRAHAM physically assaulted her, and that she observed ABRAHAM physically assault Victim A.

18.     In April 2017, law enforcement officials interviewed a fourth female (hereinafter, "Victim D") who worked as a prostitute for ABRAHAM.  Victim D met ABRAHAM on Facebook in 2014, when she was 18 years old.  ABRAHAM drove to Maine to pick her up and

brought her to his home in Massachusetts.  Once in Massachusetts, ABRAHAM posted

advertisements online offering sexual services with Victim D to men for a fee.  Victim D

reported that ABRAHAM had two other females living in his house and working for him as

prostitutes at the time.  Victim D stated that ABRAHAM had a number of luxury vehicles

including that he used to drive them to meet customers.

19.     In June 2017, law enforcement officials interviewed a fifth female (hereinafter,

"Victim E") who stated that ABRAHAM prostituted her for approximately six months in 2015

and 2016.  Victim A reported that ABRAHAM created advertisements that he posted on

Backpage for her under the name "Rider."  According to Victim E, ABRAHAM kept the money

she and others earned from prostitution.  Victim E stated that ABRAHAM required her and

others to make $1,000 per night from prostitution, and if they did so, he rewarded them with an

extra half gram of heroin.  During the time that Victim E worked for ABRAHAM, he smacked

her, chocked her, and raped her.  Victim E also reported that she observed ABRAHAM beat

other girls, including Victim A.

20.     In July 2017, law enforcement officials interviewed another female (hereinafter,

"Victim F"), who reported that ABRAHAM prostituted her and was often physically violent with

her.  Victim F reported that ABRAHAM created and posted prostitution advertisements for her

using the names "Dani," "Kendra," and "Khloe."  Victim F further reported that ABRAHAM

used symbols in between letters and numbers in the advertisements that he created, and often

spelled out a number when listing a telephone number.

### *PROBABLE CAUSE*

<u>Use of the Yahoo Email Accounts in Furtherance Sex Trafficking Offenses</u>

21.     On March 13, 2017, Facebook produced 42,060 pages of records from the R.

Ricky Xavier Facebook Account. The records show that the R. Ricky Xavier Facebook Account was opened on August 13, 2008 with the email address nospeakiepani@yahoo.com. The records from the R. Ricky Xavier Facebook Account include multiple pictures of ABRAHAM and contain numerous conversations with females that ABRAHAM recruited to work as prostitutes for him, including Victim A and Victim F.

22.     In July 2017, law enforcement officials issued a subpoena to Backpage for any advertisements using the email nospeakiepani@yahoo.com. Backpage returned a significant volume of advertisements that were posted by Backpage user/email nospeakiepani@yahoo.com. Paragraphs 23 to 26 below are a sample of the advertisements produced by Backpage.

23.     On November 22, 2015, the Backpage user/email account nospeakiepani@yahoo.com, posted the following advertisement, listed as Posting 31968410, offering sexual services from IP address 174.63.48.211:

"⊯1 0F -A- KiND REdheAD♥«⊲ [♥♡ a b S O Ł u Te Ł ¶ ⋆ ŁO v e a b Ł e ♥□♡ ▌☎□ **two** ▌**- 22"** Hi gents, I'm a hot blooded sexy caucasian red head! **My body is incredible! My personality is affectionate, wild & happy**! I pride myself on being classy & providing unforgettable service!
**100% natural, real & recent pictures!** **I'm super sexy & very beautiful**!
My looks will seduce you & my skills will wow you!
● A sinfully sweet treat!
● 5'7" ♥□ 125 Lbs ♥□ 34C
NO BLOCKED CALLS or TEXTS & NO BLACK/HISPANIC or HOOD FELLAS!
*Call me* ☎□ ☎□ two
Poster's age: 22
• Location: Boston, Boston/Camb/Brook, Outcall Boston & Nearby, Worcester

24.     On November 22, 2015, the Backpage user/email account nospeakiepani@yahoo.com, posted the following advertisement offering sexual services, listed as Posting 31968910, from IP address 174.63.48.211:

**"Busty SEXY Blonde ◇ Avail All Day/Night ♡ New & Ready 2 Please ✳100% ME OR ITS FREE ☆ – 21"**

Hi I'm 5'5" ☆ 120 LBS, young sexy blonde hair with bright blue eyes, smooth soft skin with all my curves in the right places. I love spending time with classy kind generous business men only (*drug & disease free*)
**2 GIRLS SPECIAL WITH MY HOT GF AVAILABLE**
PRETTY FACE, BANGING BODY (ALL NATURAL)
100% RECENT & REAL PICS, IT'S REALLY ME
NO PIMPS, NO THUGS OR BS
NO TEXTING OR BLOCKED CALLS
Poster's age: 21
• Location: Boston, Boston/Camb/Brook, OUTCALL ONLY ANYWHERE

25.     On November 22, 2015, the Backpage user/email account

nospeakiepani@yahoo.com, posted the following advertisement offering the sexual services of

"R1DER," listed as Posting 31970431, from IP address 174.63.48.211:

**□SEXY Bombshell BACK in Town □HOT FREAKY BLONDE □Looking 4 Good Time □R1DER☆860.nine13.five739☆ – 22**
□ I'M *R1DER*, A HOT SEXY BLONDE CAUCASIAN BOMBSHELL WITH A CUTE FACE, NICE JUICY ASS & SUPER APPETITE FOR LUST□ READY TO BECOME ADDICTED BABY... COME EXPERIENCE SOMETHING SO INTENSE YOUR TOES WILL CURL UP... OPEN MINDED NICE BODY & SWEET PERSONALITY
□ SORRY NO BLACK OR HISPANIC MEN UNDER 45 □

☆ ALL PICS 100% REAL & RECENT

☆ NO RUSH, GAMES, BS OR DRAMA

☆ NO TEXT/PRIVATE CALL OR TRADE

☆ FETISH, WOMEN & COUPLES WELCOME
□ 2 GIRLS SHOW AVAIL
*CALL ME*
860.nine13.five739
R1DER
Poster's age: 22
• Location: Boston, Boston/Camb/Brook, Verified Outcall Boston & North Shore, Worcester

26.     On November 5, 2015, the Backpage user/email account

nospeakiepani@yahoo.com, posted the following advertisement offering the sexual services of

"N1KIE," listed as Posting 31718748, from IP address 50.137.127.210.  Records produced by

Facebook reflect that ABRAHAM communicated with Victim C and Victim E from IP address 50.137.127.210.

**{{I'm BaCk ☐ BuSTy BlONdE}}° ★GoRGEoUS SeDuCtiVe★ °((SwEeT & SeXy))·★· 781-957-eight683 :: {{N1KIE}} – 21**
Hey Gents,

◇ Extremely playful, wild & tons of fun

◇ 100% professional, non-rush & discreet

◇ I am 5'5" ☐ 119 lbs ☐ 34DD Breast ☐ Blonde Hair ☐ Blue Eyes

◇ Offering sessions by the hour or half hour or multi hours

◇ No bait & switch; what you see, is exactly what you get!!!
These are 100% my REAL pics & recent, please don't ask me for more pics!
ASK ABOUT MY 2 GIRLS SPECIAL
N1KIE
781-957-eight683
Please serious callers only!
Poster's age: 21

27.     Based on Victim E's statement that ABRAHAM posted prostitution advertisements for her under the name "Rider," (as depicted in the advertisement described in paragraph 25) and the fact that the IP address used to post the advertisement depicted in paragraph 26 is the same IP that ABRAHAM used to communicate with certain of the victims on Facebook, I believe that ABRAHAM is the user of email address nospeakiepani@yahoo.com. Based on the advertisements described above, I believe that email account nospeakiepani@yahoo.com contains fruits, evidence, and instrumentalities of sex trafficking.

28.     In August 2017, law enforcement officials issued a subpoena to Backpage for any advertisements using the email desirrock@yahoo.com.  Backpage returned a significant number of advertisements that were posted by Backpage user/email desirrock@yahoo.com.  Paragraphs 29 to 32 below are a sample of the advertisements produced by Backpage.

29.     On September 9, 2016, the Backpage user/email account desirrock@yahoo.com,

posted the following advertisement offering the sexual services of "Khloe," from IP address

73.16.211.82.  Records received from Comcast reflect that IP address 73.16.211.82 is subscribed

to Karina Kozhukharenko, 1602 Mammoth Road, Dracut, Massachusetts.  ABRAHAM lives at

1602 Mammoth Road, Dracut, Massachusetts.  Victim F identified the following advertisement,

listed on Backpage as Posting ID 6186212, as one that ABRAHAM used to prostitute Victim A:

**Ⱨot BLONDE   ρℓαγмαtε   BUSTY Seductress ✳ Oηe Of A KιηD ✳ w/ViDEO PrOOF 7★8★1★4★2★0★3★4★7★6 – 22**

I'm Khloe Love ❖SEXY & SOPHISTICATED, Young Blonde SEDUCTRESS seeking

the company of respectable upscale gentlemen❖ ♡INDEPENDENT & PROFESSIONAL

SERVICE ♡100% CLEAN & SAFE ♡HYGIENE GUARANTEED & EXPECTED Height:

5'6" Weight: 128 lbs Breast: 34D (ALL NATURAL!) HOT lap-dance and/or sensual erotic

massage available ✦⁝̣̇———FOR THE N@UGHTY BOYS ASK FOR MISTRESS LOVE ;) —

——✦⁝̣̇ •Light Domination/Open to Fetishes/Role Play KHLOE LOVE  ★7★8★1★4★2★0

★3★4★7★6★

Serious Inquiries only!
Poster's age: 22
• Location: Outcall available to you, Providence

    30.    On September 10, 2016, the Backpage user/email account desirrock@yahoo.com,

posted the following advertisement offering the sexual services of "Kendra," from IP address

73.16.211.82.  Victim F identified the following advertisement, listed on Backpage as Posting ID

6186234, as one that ABRAHAM used to prostitute her:

**SeXy bLoNdE BoMbSheLL   WeEkEnD sPeCiAL     CoMe Let MesPoiL yOu "KeNdRa  617.304.4three84 - 24**

I'm KENDRA *****THEY CAN STEAL MY PICS BUT SHE WILL NEVER BE ME, SO
WHY SEE A FAKE WHEN I'M THE REAL DEAL***** I am sweet & naughty BLONDE
Caucasian stunner     I'd love 2 enjoy some time with you   ✔I Like Nice Guys w/ Excellent
Hygiene      ✔TOP of the line skills 2 have you coming  back for more   ☑Satisfaction
Guarantee  ✳I'm not the typical girl✳ ✔ % REAL & RECENT PICS  ✔Discreet &
Respectful    NO RUSH  NO DRAMA  NO BLACK MEN... PERIOD! 617.304.4three84
KENDRA
Poster's age: 24
• Location:  OUTCALLS ANYWHERE, Providence

31.     On September 10, 2016, the Backpage user/email account desirrock@yahoo.com,

posted the following advertisement offering the sexual services of "Dan1," from IP address

73.16.211.82.  Victim F identified the following advertisement, listed on Backpage as Posting ID

6186170, as one that ABRAHAM used to prostitute her:

**Busty SEXY Blonde** ◇ **Avail Aℓℓ Day/Night** ♡ **Ready 2 Please** ✳**100% ME OR**

**ITS FREE** ☆ **7*8*1*6*0*5*4*8*5*7 – 25**
Hi I'm DAN1, am Sexy BUSTY blonde, banging body, smooth soft skin with all my curves in
the right places. I Love spending time with classy kind generous gentlemen PRETTY FACE,
BANGING BODY (ALL NATURAL) 100% RECENT & REAL PICS, IT'S REALLY ME
NO PIMPS, NO THUGS OR BS NO TEXTING OR BLOCKED CALLS Drug & Disease Free
2 GIRLS SPECIAL WITH MY HOT GF AVAILABLE DAN1 7*8*1*6*0*5*4*8*5*7
Serious inquiries only
Poster's age: 25
• Location:  OUTCALLS ANYWHERE, Providence

32.     On October 18, 2016, the Backpage user/email account desirrock@yahoo.com,

posted the following advertisement offering the sexual services of "Kendra," from IP address

73.16.211.82.  Victim F identified the following advertisement, listed on Backpage as Posting ID

6186234, as one that ABRAHAM used to prostitute her:

**SeXy bLoNdE BoMbSheLL** **Outcaℓℓs αvαiℓαbℓε** **Let Me sPoiLyOu** **"KeNdRa**
**617.304.4three84 – 24**
Hi I'm KENDRA,  ***THEY CAN STEAL MY PICS BUT SHE WILL NEVER BE ME, SO WHY
SEE A FAKE WHEN I'M THE REAL DEAL***I am sweet & naughty BLONDE Caucasian
stunner       I'd love 2 enjoy some time with you   ✔I Like Nice Guys w/ Excellent Hygiene
     ✔TOP of the line skills 2 have you coming  back for more
☑Satisfaction Guarantee   ✳*I'm not the typical girl*  ✔  % REAL & RECENT PICS   ✔
Discreet & Respectful     NO RUSH   NO DRAMA   NO BLACK MEN... PERIOD!
617.304.4three84 KENDRA
Poster's age: 24
• Location:  OUTCALLS ANYWHERE, Providence

33.     On August 28, 2017, Victim F reported to law enforcement officials that

ABRAHAM used the name "Rock Desir" to purchase a cell phone for her son.  Victim F

provided law enforcement officials with a copy of the receipt that depicts the customer name of

"Rock Desir."

34.     Based Victim F's identification of the advertisements that ABRAHAM posted for her and Victim A, and her recognition of the name "Rock Desir" on the receipt for the cell phone that she reported ABRAHAM bought for her son, I believe that ABRAHAM is the user of email address desirrock@yahoo.com.  Based on the advertisements described above, I believe that email account desirrock@yahoo.com contains fruits, evidence, and instrumentalities of sex trafficking.

<u>Use of the Hotmail Email Account in Furtherance Sex Trafficking Offenses</u>

35.     On March 13, 2017, Facebook produced 20,684 pages of records from the King Tunez Facebook Account.  The records show that the King Tunez Facebook Account was opened on September 29, 2009 with the email address sexymamipleaser@hotmail.com.  The records from the King Tunez Facebook Account include multiple pictures of ABRAHAM and contain numerous communications with females that ABRAHAM recruited to work as prostitutes for him, including Victim C and Victim F.

36.     In July 2017, law enforcement officials issued a subpoena to Backpage for any advertisements using the email sexymamipleaser@hotmail.com.  Backpage returned a significant volume of advertisements that were posted by Backpage user/email sexymamipleaser@hotmail.com.  Paragraphs 37 to 39 below are a sample of the advertisements produced by Backpage.

37.     On November 10, 2015, the Backpage user/email account sexymamipleaser@hotmail.com, posted the following advertisement offering the sexual services of "N1KIE," listed as Posting 31791531, from IP address 50.137.127.210:

**{{I'm BaCk □ BuSTy BlONdE}}° ★GoRGEoUS**

**SeDuCtiVe★ °((SwEeT & SeXy))·★· ((N1KIE)):: 781-957-eight683 – 21**

Hey Gents,

◇ I am 5'5" ☐ 119 lbs ☐ 34DD Breast ☐ Blonde Hair ☐ Blue Eyes

◇ Visting & offering sessions by the hour or half hour or multi hours

◇ 100% professional, non-rush & discrete

◇ Extremely playful, wild & tons of fun

◇ No bait & switch; what you see, is exactly what you get!!!

These are 100% my REAL pics & recent, please don't ask me for more pics!

ASK ABOUT MY 2 GIRLS SPECIAL

N1KIE

781-957-eight683

*Please serious callers only*!

Poster's age: 21

• Location: Boston, Boston/Camb/Brook, Verified Outcalls Boston & North Shore, Worcester

38.    On November 10, 2015, the Backpage user/email account

sexymamipleaser@hotmail.com, posted the following advertisement offering the sexual services

of "BR00KE," listed as Posting 31791389, from IP address 50.137.127.210:

**☐ Ready & Willing 2 Show You The Time Of Your Life ☐HOT☐ 34DD BUSTY Sexy Blonde ☐ 504.654.six392 - 21**

I'm BR00KE, I may be new and visiting but you'll love every moment of our quality time spent together☐

☐5'5" ☐ 119lbs☐

●34DD natural breast●

☐Nice juicy ass☐

☐Gorgeous face☐

❤Long silky blonde hair❤

✔Tight fit sexy body✔

☐Mesmerizing blue eyes☐

☐Easy going personality☐

[☐] 100% Real Pics (*ALL ME*) [✔] VERIFIED

[☐] No Rush/No Games or BS

[☐] Clean/Safe & Discreet

[☐] NO BLACK MEN/THUGS/PIMPS OR CHEAPSKATES

☐ BR00KE

☐ 504.654.six392

Poster's age: 21

• Location: Boston, Boston/Camb/Brook, OUTCALL ONLY BOSTON & NEARBY, Worcester

39.     On November 10, 2015, the Backpage user/email account

sexymamipleaser@hotmail.com, posted the following advertisement offering the sexual services

of "Kelsey," listed as Posting 31791206, from IP address 50.137.127.210:

☎ 781.535.one942 ▌KELSEY – 22
Hi gentlemen I'm Kelsey, a hot blooded sexy caucasian red head!
My body is incredible! My personality is affectionate, wild & happy!
I pride myself on being classy & providing unforgettable service!
100% natural, real & recent pictures! I'm super sexy & very beautiful!
My looks will seduce you & my skills will wow you!
● A sinfully sweet treat!
● 5'7" ❤ 125 Lbs ❤ 34C
NO BLOCKED CALLS or TEXTS & NO BLACK/HISPANIC or HOOD FELLAS!
*Call me* ☎ KELSEY ☎ 781.535.one942
Poster's age: 22
• Location: Boston, Boston/Camb/Brook, Outcall Boston/North Shore & Southern NH,
Worcester

40.     Based the statements of Victim A and Victim F that ABRAHAM used a

distinctive writing style in his advertisements, used symbols in between letters and numbers in

the advertisements that he created, and often spelled out a number when listing a telephone

number, and the fact that the IP address used to post the advertisements depicted in paragraphs

37-39 is the same IP address that ABRAHAM used to communicate with certain of the victims

on Facebook, I believe that ABRAHAM is the user of sexymamipleaser@hotmail.com.  Based

on the advertisements described above, I believe that email account

sexymamipleaser@hotmail.com contains fruits, evidence, and instrumentalities of sex

trafficking.

<u>Use of the Facebook Accounts in Furtherance Sex Trafficking and Witness Tampering</u>

41.     Based on the investigation to date, including interviews with the victims described

herein, I believe that ABRAHAM uses the Facebook Accounts to recruit women to work as

prostitutes for him.  I believe that ABRAHAM connects with women on Facebook and attempts

to develop trust with women, often through the pretense of a romantic relationship, and then

recruits them to work as prostitutes for his own financial benefit.

42.     I reviewed the records from the R. Ricky Xavier Facebook Account and,

specifically, a conversation between ABRAHAM and Victim A.  On November 28, 2014, R.

Ricky Xavier sent the following message to Victim A:

> Why is it so hard to up nd leave? I Can protect nd tke care of u hun, shit if ur
> scared to just jump to another nigga let's at least link nd chop it up in person to
> see how we flow but we both already kno we'll get along cuz we clicked nd got
> along since day one. Don't let ur fear or loyalty to da wrong nigga hold u back
> cuz me nd u can really live a good life nf never need or be sick again.

43.     Based on the investigation to date, and my training and experience, I believe that

ABRAHAM is trying to convince Victim A to leave her current pimp and come work for him as

a prostitute ("Why is it so hard to up nd leave?").  I believe that ABRAHAM is telling Victim A

that he will take care of her and provide her with drugs if she works for him ("I Can protect nd

tke care of u hun….  Don't let ur fear or loyalty to da wrong nigga hold u back cuz me nd u can

really live a good life nf never need or be sick again").

44.     I reviewed the records from the R. Ricky Xavier Facebook Account and,

specifically, a conversation between ABRAHAM and Victim E.  On August 26, 2015, R. Ricky

Xavier wrote to Victim E, "When do u want me to come get u."

45.     Based on the investigation to date, and my training and experience, I believe that

in August 2015, ABRAHAM drove from Massachusetts to Maine to pick up Victim E so that she

would work as a prostitute for him ("When do u want me to come get u.").

46.     I reviewed the records from the King Tunez Facebook Account and, specifically,

a conversation between ABRAHAM and Victim C.  On June 13, 2015, King Tunez wrote to

Victim C, "Meet me at the Hilton Hotel Woburn."

47.     Based on the investigation to date, and my training and experience, I believe that

ABRAHAM is directing Victim C to the Hilton Hotel in Woburn for the purposes of prostitution

("Meet me at the Hilton Hotel Woburn.").

48.     I reviewed the records from the King Tunez Facebook Account and, specifically,

a conversation between ABRAHAM and Victim F.  On November 3, 2016, Victim F wrote to

King Tunez, "I got scared to come home… I didn't know what to do… I didn't want to get

smacked.  My mother wants to come get my things… it's not right to keep em."

49.     Based on the investigation to date, and my training and experience, I believe that

Victim F wrote to ABRAHAM to tell him why she left him ("I got scared to come home... I

didn't know what to do… I didn't want to get smacked.") and ask him to return her personal

belongings to her mother ("My mother wants to come get my things… it's not right to keep

em.").

50.     Victim F told law enforcement officials that ABRAHAM is aware that HSI is

investigating him for sex trafficking and has reached out to her on Facebook to encourage her not

to speak to law enforcement officials.  In July 2017, Victim F reported that ABRAHAM had

reached out to her a week earlier and told her that law enforcement officials were trying to arrest

him.

51.     Based on the information described above, I believe that ABRAHAM is the user

of the Facebook Accounts, and uses the Facebook Accounts to recruit women to work as

prostitutes for him and otherwise communicate with his victims about sex trafficking.  Based on

the communications described above, I believe that the Facebook Accounts contain fruits,

evidence, and instrumentalities of sex trafficking.

### *LEGAL AUTHORITY*

52.     The government may obtain both electronic communications and subscriber information by obtaining a search warrant.  18 U.S.C. §§ 2703(a), 2703(c)(1)(A).

53.     Any court with jurisdiction over the offense under investigation may issue a search warrant under 18 U.S.C. § 2703(a), regardless of the location of the Internet company whose information will be searched.  18 U.S.C. § 2703(b)(1)(A).  Furthermore, unlike other search warrants, § 2703 warrants do not require an officer to be present for service or execution of the search warrant.  18 U.S.C. § 2703(g).

54.     If the government obtains a search warrant, there is no requirement that either the government or the provider give notice to the subscriber.  18 U.S.C. §§ 2703(b)(1)(A), 2703(c)(3).

55.     The applications seek warrants to search all responsive records and information under the control of Yahoo, Hotmail, and Facebook, providers subject to the jurisdiction of this court, regardless of where either company has chosen to store such information. The government intends to require the disclosure pursuant to the requested warrants of the contents electronic communications and any records or other information pertaining to the customers or subscribers if such communication, record, or other information is within the possession, custody, or control, of Yahoo, Hotmail, or Facebook, regardless of whether such communications, records, or other information is stored, held, or maintained outside the United States.[3]

---

[3]It is possible that Yahoo, Hotmail, and Facebook stores some portion of the information sought outside of the United States.  In *Microsoft Corp. v. United States*, 829 F.3d 197 (2nd Cir. 2016), *rehearing en banc denied*, 855 F.3d 53 (2017), the Second Circuit held that the government cannot enforce a warrant under the Stored Communications Act to require a provider to disclose records in its custody and control that are stored outside the United States.  As the Second Circuit decision is not binding on this court, and as other courts have more recently held that the government *can* compel the production of foreign-stored data, *see Matter of the Search of*

### REQUEST TO SEAL AND PRECLUDE NOTICE TO THE SUBSCRIBER

56.     I request that this affidavit, the applications, the warrants, the orders, and any related papers be sealed by the Court until such time as the Court directs otherwise, except that the United States may later produce copies of the search warrants and related documents to the defense during discovery in any criminal case.  I further request that, pursuant to 18 U.S.C. § 2705(b), the Court order the Yahoo, Hotmail, and Facebook not to notify any person (including the subscribers or customers to which the materials relate) of the existence of the applications, the warrants, or the execution of the warrants unless and until authorized to do so by the Court. Such an order is justified because notification of the applications, the warrants, or the execution of the warrants could seriously jeopardize the ongoing investigation by giving the subscriber notice of the investigation and an opportunity to destroy evidence, notify confederates, intimidate witnesses, or flee from prosecution.

### FOURTEEN-DAY RULE FOR EXECUTION OF THE WARRANTS

57.     Federal Rule of Criminal Procedure 41(e)(2)(A),(B) directs the United States to execute search warrants for electronic evidence within 14 days of the warrant's issuance.  If the Court issues the requested warrants, the United States will execute it not by entering the premises of Yahoo, Hotmail, or Facebook, as with a conventional warrant, but rather by serving a copy of

---

*Information Associated With [Redacted]@Gmail.Com That is Stored at Premises Controlled by Google, Inc.*, 2017 WL 2480752 (D.D.C. June 2, 2017); *Matter of Search of Content that is Stored at Premises Controlled by Google*, 2017 WL 1487625 (N.D. Cal. Apr. 25, 2017); *In re: Information Associated with one Yahoo email address that is stored at premises controlled by Yahoo*, 2017 WL 706307 (E.D. Wisc. Feb. 21, 2017); and *In re Search Warrant No. 16–960–M–01 to Google*, 2017 WL 471564 (E.D. Pa. Feb. 3, 2017), I respectfully request that this warrant apply to all responsive information – including data stored outside the United States – pertaining to the identified account that is in the possession, custody, or control of Yahoo, Hotmail, and Facebook.  The government also seeks the disclosure of the physical location or locations where the information is stored instances where Yahoo, Hotmail, and Facebook refuse to disclose otherwise responsive records in reliance on the *Microsoft* decision.

each warrant on the company to whom the warrant is directed and awaiting their production of the requested data.  This practice is approved in 18 U.S.C. § 2703(g), and it is generally a prudent one because it minimizes the government's intrusion onto Internet companies' physical premises and the resulting disruption of their business practices.

58.     Based on the training and experience of myself and other law enforcement, I understand that e-mail and social media providers sometimes produce data in response to a search warrant outside the 14-day (formerly 10-day) period set forth in Rule 41 for execution of a warrant.  I also understand that electronic communication companies sometimes produce data that was created or received after this 14-day deadline ("late-created data").  The United States does not ask for this extra data or participate in its production.

59.     Should Yahoo, Hotmail, or Facebook produce late-created data in response to this warrant, law enforcement personnel will seek to avoid reviewing any late-created data that was created by or received by the account-holder(s) absent follow-up warrants.  However, I request permission to view all late-created data that was created by Yahoo, Hotmail, or Facebook, including subscriber, IP address, logging, and other transactional data, without a further order of the Court.  This information could also be obtained by grand jury subpoena or an order under 18 U.S.C. § 2703(d), neither of which contains a 14-day time limit.

### *CONCLUSION*

60.     Based on the information described above, there is probable cause to believe that the Emails Accounts and Facebook Accounts, as described in Yahoo Attachment A, Hotmail Attachment A, and Facebook Attachment A, contains fruits, evidence, and instrumentalities of these crimes, as described in Yahoo Attachment B, Hotmail Attachment B, and Facebook Attachment B.

I, Stacy Fleishmann, having signed this Affidavit under oath as to all assertions and allegations contained herein, state that its contents are true and correct to the best of my knowledge, information, and belief.

STACY FLEISHMANN
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me on September 1, 2017,

HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS